

Exhibit B

# Causey Peterson Reporting, Inc.
## Certified Court Reporters

C P R

22 West Fifth Street 31901
Post Office Box 81
Columbus, Georgia 31902
PHONE: 706-317-3111

# INVOICE

| DATE | INVOICE # |
|---|---|
| 6/30/16 | 9553 |

| BILL TO: |
|---|
| Ms. Julie E. Dorchak |
| Page Scrantom Sprouse Tucker & Ford |
| Synovus Center, Third Floor |
| 1111 Bay Avenue |
| Columbus, Georgia 31901 |

| CASE/STYLE: |
|---|
| Marilyn Clemmons v. |
| Cols. Consol. Gov't., et al |
| USDC, MDGA, Columbus Division |
| 4:15-CV-00054 |

Schedule depositions at:
scheduling@causeypeterson.com or
office@causeypeterson.com or
www.causeypeterson.com

| TERMS | REPORTER | TAX ID # |
|---|---|---|
| Due on receipt | BJP | 73-1700850 |

| DESCRIPTION | AMOUNT |
|---|---|
| Video Deposition of Marilyn Clemmons, taken on 5/31/2016, in Columbus, Georgia. | |
| Original & One Copy | 2,004.30 |
| Appearance Fee | 190.00 |
| Exhibits | 81.50 |
| Video Digitize/Synchronization | 1,150.00 |

*WE NOW ACCEPT ALL MAJOR CREDIT CARDS!*

| | |
|---|---|
| **Invoice Total** | **$3,425.80** |
| **Balance Due** | **$3,425.80** |

Thank you. We appreciate your business!!

**REALTIME / VIDEO / E-TRANSCRIPT / EXHIBIT SCANNING / CONDENSING & WORD INDEXING
TELEPHONIC DEPOSITIONS / TELECONFERENCING
& COMPLIMENTARY CONFERENCE ROOM**

| PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C. | | Check: 00135898 | 07/01/16 | 135898 |
|---|---|---|---|---|
| 07/01/16 | 9553 | | | |
| Operating Account | NOTATION | | | |
| Operating Account INVOICE # | Video Deposition of Marilyn Clemmons C0836-0382 | | | 3,425.80 |

Payee: Causey Peterson Reporting

Total: $3,425.80

---

**PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C.**
Operating Account
POST OFFICE BOX 1199
COLUMBUS, GEORGIA 31902-1199
706-324-0251

COLUMBUS BANK AND TRUST COMPANY
Columbus, Georgia
64-60/611

No. 135898

| CHECK NO. | DATE | AMOUNT |
|---|---|---|
| 00135898 | 07/01/2016 | $3,425.80 |

****Three Thousand Four Hundred Twenty-Five And 80/100

TO THE ORDER OF:
Causey Peterson Reporting
P.O. Box 81
Columbus, GA 31902

PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C.
AUTHORIZED SIGNATURE

⑆135898⑆ ⑉061100611⑉ 19 47 532⑈



Page Scrantom Sprouse Tucker Ford

ATTORNEYS & COUNSELLORS AT LAW

Established 1902

P.O. Box 1199 | Columbus, Georgia 31902



FIRST-CLASS MAIL

$00.46

ZIP 31901
011D11631364

Hasler
07/01/2016
US POSTAGE

JED/scb
Page, Scrantom, Sprouse, Tucker & Ford, P.C.
P.O. Box 1199
Columbus, GA 31902

**Causey Peterson Reporting, Inc.**
**P.O. Box 81**
**Columbus, GA 31902**