# Exhibit C



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 36129 | 6/22/2016 | 28615 |
| Job Date | Case No. ||
| 6/13/2016 | 4:15-CV-54(CDL) ||

| Case Name |
|---|
| Marilyn Clemmons vs. Columbus Fire Department |

| Payment Terms |
|---|
| Net 45 |

**DISCOVERY LITIGATION SERVICES**
Court Reporting • Videography • Trial Presentations
855.847.0999

Julie E. Dorchak, Esq.
Page Scrantom Sprouse Tucker & Ford
Suite 300
1111 Bay Avenue
Columbus, GA  31901

1 COPY OF TRANSCRIPT OF:
   Clifton Nelson Wherry     369.90
      Litigation Support Disc     50.00
      Exhibits:  B&W 8.5x11 up to 100 pages     11.00 Pages     6.38
      Shipping & Handling     25.00

TOTAL DUE >>>    $451.28
AFTER 7/22/2016 PAY    $518.97

*We appreciate the opportunity to earn your business!

Litigation Support CD:  Online Hosting (DiscoveryLit.com), Condensed Transcript, Condensed Exhibits, PDF exhibits hyperlinked to transcript, multiple file formats such as ASCII, PDF & PTX.

We accept Visa, MasterCard, AMEX and Discover. W9 located at www.discoverylit.com/w9.

**If an attorney or collection agency is engaged for collection purposes, all agency and attorney fees will be added to the invoice amount.

**Tax ID:** 45-4198354

*Please detach bottom portion and return with payment.*

Julie E. Dorchak, Esq.
Page Scrantom Sprouse Tucker & Ford
Suite 300
1111 Bay Avenue
Columbus, GA  31901

Job No.      : 28615                  BU ID        : ATL
Case No.     : 4:15-CV-54(CDL)
Case Name    : Marilyn Clemmons vs. Columbus Fire
               Department
Invoice No.  : 36129         Invoice Date : 6/22/2016
Total Due    : $451.28
AFTER 7/22/2016 PAY $518.97

| PAYMENT WITH CREDIT CARD | AMEX  VISA |
|---|---|
| Cardholder's Name: ||
| Card Number: ||
| Exp. Date:                 Phone#: ||
| Billing Address: ||
| Zip:          Card Security Code: ||
| Amount to Charge: ||
| Cardholder's Signature: ||
| Email: ||

Remit To:    Discovery Litigation Services, LLC
             c/o Commercial Finance Group of Atlanta
             P.O. Box 420247
             Atlanta, GA  30342

| DATE | INVOICE # | | NOTATION | | |
|---|---|---|---|---|---|
| | | | PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C. Operating Account | Check: 00135830    06/24/16 | 135830 |
| 06/24/16 | 36129 | | Transcript of Nelson Wherry - IN# 36129 C0836-0382 | | 451.28 |

Payee  Discovery Litigation Services LLC                                Total:                    $451.28

---

**PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C.**
**Operating Account**
POST OFFICE BOX 1199
COLUMBUS, GEORGIA 31902-1199
706-324-0251

COLUMBUS BANK AND TRUST COMPANY
Columbus, Georgia
64-60/611

No. **135830**

| CHECK NO. | DATE | AMOUNT |
|---|---|---|
| 00135830 | 06/24/2016 | $451.28 |

****Four Hundred Fifty-One And 28 / 100

TO THE ORDER OF

**Discovery Litigation Services LLC**
P.O. Box 420247
Atlanta, GA 30342

PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C.

_____
AUTHORIZED SIGNATURE

_____
AUTHORIZED SIGNATURE

⑆135830⑆ ⑈061100606⑈  19 47 532⑈



**Page Scranton Sprouse Tucker Ford**
ATTORNEYS & COUNSELLORS AT LAW

Established 1902

P.O. Box 1199 | Columbus, Georgia 31902

JED/scb
Page, Scrantom, Sprouse, Tucker & Ford, P.C.
P.O. Box 1199
Columbus, GA 31902

**Discovery Litigation Services, LLC**
**c/o Commercial Finance Group of Atlanta**
**P.O. Box 420247**
**Atlanta, GA 30342**

FIRST-CLASS MAIL
Master
06/24/2016
US POSTAGE
$00.46⁵
ZIP 31901
011D11631364