
Exhibit E

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 4:15-CV-54

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Dr. Jose Dominguez, MD
on *(date)* 6-16-16 .

☒ I served the subpoena by delivering a copy to the named individual as follows:
Dr. Jose Dominguez M.D.
on *(date)* 6-17-16 ; or
1:00 p.m.

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ .

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6-17-16

*Server's signature*

CRAIG S. HOUGHTON
*Printed name and title*

P.O. Box 6816, Columbus, GA. 31907
*Server's address*

Additional information regarding attempted service, etc.:

H & H Services   EIN 58-2331106
P. O. Box 6816
Columbus, GA  31907-6816
employeechecks@gmail.com

# INVOICE

**BILL TO**
Page, Scrantom, Sprouse
Tucker & Ford
1111 Bay Avenue
3rd Floor
Columbus, GA  31902 USA

**INVOICE #** 31846
**DATE** 06/24/2016
**DUE DATE** 06/24/2016
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales**<br>Served Subpoena of Deposition on Dr. Jose Dominguez, M.D. in Stone Mountain, GA | 1 | 85.00 | 85.00 |
| **Sales**<br>Mileage for Trip From Columbus, Ga to Stone Mountain and Back. | 265 | 0.65 | 172.25 |

Thank you for your business. PLEASE ALWAYS INCLUDE INVOICE NUMBER WHEN MAKING PAYMENT.

**BALANCE DUE**     **$257.25**

CLIENT MATTER C0836-0382

| | | Check: 00135849 | 06/27/16 | **135849** |
|---|---|---|---|---|

PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C.
Operating Account

| DATE | INVOICE # | NOTATION | | |
|---|---|---|---|---|
| 06/24/16 | 31846 | Served Subpoena of Deposition, In# 31846 C0836-0382 | | 257.25 |

Payee  H&H Services, Inc.                                Total:          $257.25

---

**PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C.**
**Operating Account**
POST OFFICE BOX 1199
COLUMBUS, GEORGIA 31902-1199
706-324-0251

COLUMBUS BANK AND TRUST COMPANY
Columbus, Georgia
64-60/611

No. **135849**

| CHECK NO. | DATE | AMOUNT |
|---|---|---|
| 00135849 | 06/27/2016 | $257.25 |

****Two Hundred Fifty-Seven And 25 / 100

TO THE ORDER OF

H&H Services, Inc.
P.O. Box 6816
Columbus, GA 31907-6816

PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C.

_____
AUTHORIZED SIGNATURE

_____
AUTHORIZED SIGNATURE

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈135849⑈ ⑆061100606⑆ 19 47 532⑈

**Page Scranton Sprouse Tucker Ford**

ATTORNEYS & COUNSELLORS AT LAW

Established 1902

P.O. Box 1199 | Columbus, Georgia 31902

Hasler
06/27/2016
US POSTAGE
$00.46५
FIRST-CLASS MAIL
ZIP 31901
011D11631364

JED/scb
Page, Scranton, Sprouse, Tucker & Ford, P.C.
P.O. Box 1199
Columbus, GA 31902

**H & H Services**
**P.O. Box 6816**
**Columbus, GA 31907-6816**