Exhibit F



# ESQUIRE
### DEPOSITION SOLUTIONS

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

## Invoice INV0795574

| | |
|---|---|
| Date | 7/12/2016 |
| Terms | Net 30 |
| Due Date | 8/11/2016 |

| | |
|---|---|
| Client Number | C07138 |
| Esquire Office | Atlanta |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | |
| Client Claim/Matter # | |
| Date of Loss | |

**Bill To**
Page Scrantom Spouse Tucker & Ford - Columbus
1111 Bay Avenue
3rd Floor
Columbus GA 31901

**Services Provided For**
Page Scrantom Spouse Tucker & Ford - Columbus
Dorchak, Julie E
1111 Bay Avenue
3rd Floor
Columbus GA 31901

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 6/26/2016 | J0383590 | ATLANTA, GEORGIA | CLEMMONS, MARILYN VS. COLUMBUS CONSOLIDATED GO... |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - O&1-EXP-WI | JOSE DOMINGUEZ MD | 86 | 4.10 | 352.60 |
| APP FEE: FIRST HOUR OVERTIME | JOSE DOMINGUEZ MD | 1 | 102.00 | 102.00 |
| APP FEE: ADDITIONAL HOURS OVERTIME | JOSE DOMINGUEZ MD | 1 | 40.50 | 40.50 |
| EXHIBITS W/TABS | JOSE DOMINGUEZ MD | 39 | 0.50 | 19.50 |
| CONDENSED TRANSCRIPT | JOSE DOMINGUEZ MD | 1 | 16.00 | 16.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | JOSE DOMINGUEZ MD | 1 | 30.00 | 30.00 |
| HANDLING FEE | JOSE DOMINGUEZ MD | 1 | 0.00 | 0.00 |

*Representing Client: Page Scrantom Spouse Tucker & Ford - Columbus*

| | |
|---|---|
| Subtotal | 560.60 |
| Shipping Cost (FedEx) | 17.63 |
| Total | 578.23 |
| **Amount Due** | **$578.23** |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

## www.esquireconnect.com

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| Client Name | Page Scrantom Spouse Tucker & |
| Client # | C07138 |
| Invoice # | INV0795574 |
| Invoice Date | 7/12/2016 |
| Due Date | 8/11/2016 |
| Amount Due | $ 578.23 |

| PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C. Operating Account | | Check: 00136079 | 07/19/16 | 136079 |
|---|---|---|---|---|
| DATE | INVOICE # | NOTATION | | |
| 07/12/16 | INV0795574 | Date 06/20/2016 ID J0383590 | | 578.23 |

Payee Esquire Deposition Solutions

Total: $578.23

---

**PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C.**
**Operating Account**
POST OFFICE BOX 1199
COLUMBUS, GEORGIA 31902-1199
706-324-0251

COLUMBUS BANK AND TRUST COMPANY
Columbus, Georgia
64-60/611

No. **136079**

| CHECK NO. | DATE | AMOUNT |
|---|---|---|
| 00136079 | 07/19/2016 | **$578.23** |

****Five Hundred Seventy-Eight And 23 / 100

TO THE ORDER OF
**Esquire Deposition Solutions**
P.O. Box 846099
Dallas, TX 75284-6099

PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C.

_____ AUTHORIZED SIGNATURE
_____ AUTHORIZED SIGNATURE MP

⑈136079⑈ ⑆061100606⑆ 19 47 532⑈

**Page Scranton Sprouse Tucker Ford**
ATTORNEYS & COUNSELLORS AT LAW
Established 1902

P.O. Box 1199 | Columbus, Georgia 31902

JED/scb
Page, Scrantom, Sprouse, Tucker & Ford, P.C.
P.O. Box 1199
Columbus, GA 31902

Hasler
07/19/2016
US POSTAGE $00.46⁵
FIRST-CLASS MAIL
ZIP 31901
011D11631364

**Esquire Deposition Solutions, LLC**
**P.O. Box 846099**
**Dallas, TX 75284-6099**